**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ROMARIO VERMOND WALLER
ADC #108263                                                                                          PLAINTIFF

v.                                          5:11-cv-00044-JMM-JJV

WENDY KELLEY, Assistant Director,
Arkansas Department of Correction; *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

IT IS THEREFORE, ORDERED that:

1. All pending motions (Doc. Nos. 23, 24, 27, 37) are DENIED.

2. This case is administratively closed pending the final disposition of Plaintiff's state case. At that time, Plaintiff may file a motion to reopen this case.

DATED this 14th day of May, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE